IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MANUEL GARCIA,
    Plaintiff

v.

ERIKA FENSTERMAKER, ET AL.,
    Defendants

CIVIL NO. 3:12-CV-2466

(JUDGE NEALON)
(MAGISTRATE JUDGE CARLSON)

## ORDER

NOW, THIS 30th DAY OF JANUARY, 2013, for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. The Report and Recommendation (Doc. 5) is **ADOPTED**;

2. The complaint, (Doc. 1), is **DISMISSED with prejudice** as to Defendant Fenstermaker;

3. The Clerk of Courts is directed to **TERMINATE** Erika Fenstermaker as a party to this action;

4. The Clerk of Courts is directed to **SERVE** the complaint on the United States in accordance with Rule 4 of the Federal Rules of Civil Procedure. Defendant is requested to waive service pursuant to Rule 4(d)[1];

5. Plaintiff's motion for leave to proceed in forma pauperis, (Doc. 2), is **GRANTED**;

6. This matter is **REMANDED** to Magistrate Judge Carlson for further proceedings; and

7. Any appeal will be deemed frivolous, without probable cause, and not taken in good faith.

                                            United States District Judge

---

[1] The Marshal will send the form Notice of Lawsuit and Request for Waiver of Service of Summons to Defendant.